Christopher S. Coleman (Bar No. 018287)
Kristine J. Beaudoin (Bar No. 034853)
Rahgan N. Jensen (Bar No. 037473)
**PERKINS COIE LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile:  +1.602.648.7000
CColeman@perkinscoie.com
KBeaudoin@perkinscoie.com
RJensen@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendants Amazon.com
Services, LLC and Amazon.com, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Roth and Danielle Didio, a married couple, individually and on behalf of their minor daughter, F███ R██, <br><br> Plaintiffs, <br><br> v. <br><br> Amazon.com Services, LLC; Amazon.com, Inc.; and HD Premier, Inc., <br><br> Defendants. | No. ********* <br><br><br> **DECLARATION OF CHRISTOPHER S. COLEMAN** |

Christopher S. Coleman hereby declares:

1.      I am an attorney with the law firm Perkins Coie LLP, and I am counsel of record for Amazon.com Services LLC and Amazon.com Inc. in this matter.

2.      This declaration is based on my own personal knowledge and information I obtained during the course my representation in the mater.

3.      Attached as <u>Exhibit A</u> is a true and correct copy of the state court record of the

action entitled *Roth v. Amazon.com Inc., et. al.*, CV2025-009075, in the Superior Court of Arizona, Maricopa County.

4.    Attached as Exhibit B is a true and correct copy of the Notice of Removal (without attachments) that will be filed with the clerk of the Maricopa County Superior Court and served on Plaintiff.

5.    Defendants Amazon.com Services, LLC and Amazon.com Inc. are incorporated under the laws of the State of Delaware, and their principal place of business is in Seattle, Washington.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed at Phoenix, Arizona on April 15, 2024.

/s/ *Christopher S. Coleman*
Christopher S. Coleman

# Exhibit A

## INDEX OF MARICOPA COUNTY SUPERIOR COURT FILE

### Roth, et al. v. Amazon.com Services, LLC et al.

### CV2025-009075

| | |
|---|---|
| 3/12/2025 | Complaint |
| 3/12/2025 | Civil Cover Sheet |
| 3/12/2025 | Certificate of Compulsory Arbitration |
| 3/12/2025 | Summons to Amazon.com Services, LLC |
| 3/12/2025 | Summons to Amazon.com, Inc. |
| 3/12/2025 | Summons to HD Premier, Inc. |
| 4/9/2025 | Affidavit of Service (Amazon.com Inc.) |
| 4/9/2025 | Affidavit of Service (HD Premier Inc.) |
| 4/9/2025 | Certificate of Service (Amazon.com Services, LLC) |

Clerk of the Superior Court
*** Electronically Filed ***
C. Nasui, Deputy
3/12/2025 3:36:11 PM
Filing ID 19486735

Shannon L. Clark (Bar No. 019708)
Erin T. Jenkins (Bar No. 039689)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016
slc@gknet.com
erin.jenkins@gknet.com
Telephone:    (602) 530-8000
Facsimile:    (602) 530-8500
*Attorneys for Plaintiffs*

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016
(602) 530-8000

## SUPERIOR COURT OF THE STATE OF ARIZONA

### COUNTY OF MARICOPA

| | |
|---|---|
| DAVID ROTH and DANIELLE DIDIO, a married couple, individually and on behalf of their minor daughter, F█████ R███, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.; and HD PREMIER, INC., <br><br> Defendants. | No. **CV2025-009075** <br><br> **COMPLAINT** |

Plaintiffs David Roth and Danielle Didio, a married couple (the "Roths"), individually and on behalf of their minor child, F████ R███ ("F████"), for their claims against Defendants Amazon.com Services, LLC and Amazon.com, Inc. (together, "Amazon"), and HD Premier, Inc., under the registered trademark BrainSpark ("BrainSpark") (collectively, "Defendants"), allege as follows:

### INTRODUCTION

1.      On or around April 6, 2023, then-two-year-old F████ R███ ingested fifteen BrainSpark DigitDots ("DigitDots"), designed, manufactured, marketed, distributed and/or sold by Defendants. As a result of the product's inherently and unreasonably dangerous design, F████ was forced to undergo emergency surgery to remove Defendants' product from her body and to repair her punctured intestine. These events resulted in severe

10302135v2/42831-0001

emotional, physical, and economic damages to Plaintiffs for which Defendants are responsible.

**PARTIES**

2. Plaintiff Danielle Didio resides in Maricopa County, Arizona.

3. Plaintiff David Roth resides in Maricopa County, Arizona.

4. Plaintiffs Danielle Didio and David Roth are a married couple, with a minor child, F█ R█ F█ R█ resides with her parents in Maricopa County, Arizona.

5. Defendant Amazon.com Services, LLC, upon information and belief, is a Delaware limited liability company authorized to do and doing business in Maricopa County, Arizona.

6. Defendant Amazon.com, Inc., upon information and belief, is a Delaware corporation doing business in Maricopa County, Arizona.

7. HD Premier, Inc., upon information and belief, is a Delaware corporation doing business in Maricopa County, Arizona.

8. BrainSpark is a registered trademark of HD Premier, Inc., (USPTO), Trademark number 5936553.

**JURISDICTION AND VENUE**

9. The acts and events hereinafter alleged occurred in Maricopa County, Arizona.

10. Venue is proper under A.R.S. § 12-401.

11. Plaintiffs have incurred damages in an amount exceeding the minimum jurisdictional limit of this Court.

12. Based on the amount in controversy, this action qualifies as a Tier 3 case.

**FACTUAL ALLEGATIONS**

13. On February 12, 2020, before F█ was born, the Roths purchased an order of BrainSpark DigitDots multicolored five-millimeter magnetic balls from Defendant

2

Amazon's online storefront (Order Number 112-4201476-8488261).

14.    DigitDots multicolored five-millimeter magnetic balls are small, spherical, loose and separable neodymium rare-earth magnets with a strong magnetic flux, sold in sets of 224 individual balls.



15.    DigitDots are marketed as a child's toy. Because of their colorful and small, round design, DigitDots are visually indistinguishable from multiple varieties of children's candy.

16.    Upon information and belief, DigitDots were designed, manufactured, marketed, distributed and/or sold by Defendants.

17.    On March 17, 2022, BrainSpark issued a recall for DigitDots. The recall was issued in response to multiple similar incidents of children and teenagers ingesting DigitDots and requiring emergency surgery, including two deaths.

18.    The Roths were not notified of the recall by Defendant BrainSpark, Defendant Amazon, nor anyone else.

19.    According to the United States Consumer Product Safety Commission, "[w]hen two or more high-powered magnets are swallowed, either intentionally by younger children or accidentally by older children, the ingested magnets can attract to each other, or to another metal object, and become lodged in the digestive system. This can result in perforations, twisting and/or blockage of the intestines, infection, blood poisoning and death."



DigitDots (top right), alongside mini jawbreakers, chocolate sixlets, and mini gumballs.

3

10302135v2/42831-0001

*See HD Premier Recalls DigitDots Magnetic Balls Due to Ingestion Hazard*, U.S. Consumer Prod. Safety Comm'n, https://www.cpsc.gov/Recalls/2022/HD-Premier-Recalls-DigitDots-Magnetic-Balls-Due-to-Ingestion-Hazard (last visited Sept. 27, 2024).

20. On or about April 6, 2023, then-two-year-old F█████ ingested fifteen DigitDots, likely because of their candylike appearance.

21. Shortly thereafter, F█████ began having trouble eating and drinking. When she tried to eat, she would vomit profusely. Additionally, the frequency of F█████ bowel and urinary movements decreased significantly.

22. The Roths took F█████ to the emergency room on April 9, 2023, where she was x-rayed and immediately taken into emergency surgery.

23. During the surgery, doctors found that the DigitDots had magnetized together in a square shape. The magnets were so powerful that they punctured through her intestines in an effort to connect to one another, leaving a hole in F█████'s intestine. The surgeon had to physically pull F█████'s intestines out of her body to remove the DigitDots, resulting in a large incision site above F█████'s bellybutton.

24. F█████ remained in the hospital for four days while she recovered from the surgery.

25. F█████'s recovery is still ongoing.

**COUNT I**
**Strict Liability**
**(All Defendants)**

26. Plaintiffs incorporate the allegations set forth above.

27. Plaintiffs bring this strict liability claim against Defendants for defective design of an unreasonably dangerous product.

28. Prior to the DigitDots recall, Defendants engaged in the business of testing, developing, designing, manufacturing, marketing, selling, distributing, and/or promoting DigitDots, which are defective and unreasonably dangerous to consumers, including

4

10302135v2/42831-0001

Plaintiffs, thereby placing DigitDots into the stream of commerce. These actions were under the ultimate control and supervision of Defendants.

29.     Defendants designed, researched, developed, manufactured, produced, tested, assembled, labeled, advertised, promoted, marketed, sold, and/or distributed the DigitDots product that F███ ingested, as described above.

30.     Defendants' DigitDots products were manufactured, designed, and/or labeled in an unsafe, defective, and inherently dangerous manner that was dangerous for use by the public, and, in particular, children like F███.

31.     Defendants' DigitDots product reached the intended consumers, handlers, and users or other persons coming into contact with these products in Arizona and throughout the United States, including Plaintiffs, without substantial change in their condition as designed, manufactured, sold, distributed, labeled, and/or marketed by Defendants.

32.     Defendants' DigitDots products, as researched, tested, developed, designed, licensed, manufactured, packaged, labeled, distributed, sold, and/or marketed by Defendants were defective in design and formulation in that when they left the hands of the Defendants' suppliers and/or distributors, they were unreasonably dangerous and dangerous to an extent beyond that which an ordinary consumer would contemplate.

33.     The design of Defendants' product was so unreasonably dangerous to consumers that the product was recalled on March 17, 2022.

34.     Defendants could easily have designed DigitDots to be safer by making the magnets less strong or by making the individual balls larger, as is now required by the United States Consumer Product Safety Commission's new standard for rare-earth magnets, applicable as of 2022.

35.     As a direct and proximate result of Defendants' defectively designed and unreasonably dangerous product, F███ suffered serious and ongoing physical injuries,

5

10302135v2/42831-0001

including internal and external scarring.

36. As a further direct and proximate result of Defendants' defectively designed and unreasonably dangerous product, F████ has suffered, and will in the future likely suffer, pain and discomfort, and has undergone, and will in the future likely undergo, medical, hospital care and treatment.

37. As a further direct and proximate result of Defendants' defectively designed and unreasonably dangerous product, Plaintiffs have incurred, and will continue in the future to incur, medical expenses.

38. As a further direct and proximate result of Defendants' defectively designed and unreasonably dangerous product, Plaintiffs sustained general damages in an amount to be proven at trial.

## COUNT II
### Negligence
### (All Defendants)

39. Plaintiffs incorporate the allegations set forth above.

40. Defendants had a duty to act with reasonable care in designing, manufacturing, distributing, marketing, and selling their product.

41. Defendants breached that duty by putting a product they knew or should have known was inherently dangerous into the marketplace.

42. At all relevant times, Defendants knew or should have known that DigitDots were unreasonably dangerous and posed a high risk of serious injury or death, particularly to children.

43. Defendants were on notice of the inherent dangers presented by rare-earth magnets, specifically to children. This is particularly true considering that, in 2014, the United States Consumer Product Safety Commission banned the importation and distribution of small, high-powered, rare-earth magnets (the kind used in DigitDots) due to reports of serious injuries to children from swallowing such magnets. The ban was

6

10302135v2/42831-0001

subsequently overturned in 2016.

44.    Further, Defendants acted unreasonably in designing and selling a product they knew or should have known was particularly dangerous to children and particularly likely to be consumed by children because it was visually indistinguishable from several varieties of children's candy.

45.    Additionally, Defendants acted unreasonably in failing to notify the Roths that DigitDots had been recalled.

46.    As a direct and proximate result of Defendants' negligence, Plaintiffs sustained the injuries and damages described above.

**COUNT III**
**Loss of Filial Consortium**
**(Plaintiffs David Roth and Danielle Didio Against All Defendants)**

47.    Plaintiffs incorporate the allegations set forth above.

48.    Danielle Didio and David Roth are the biological parents of F██ a R██.

49.    The Roths and F███ had a normal parent-child relationship with F███ prior to the incident.

50.    F███ suffered a severe and disabling injury as a result of her consumption of Defendants' product.

51.    F███'s injury caused significant interference with F███'s capacity to interact with her parents in a normally gratifying way.

52.    As a result of this interference, the Roths have sustained serious and lasting damages.

**PUNITIVE DAMAGES ALLEGATIONS**

53.    Plaintiffs hereby incorporate by reference all preceding paragraphs.

54.    Upon information and belief, Defendants consciously pursued a course of conduct in designing, marketing, selling, and distributing DigitDots, despite knowing that DigitDots posed a substantial risk of significant harm to individuals, particularly children,

7

10302135v2/42831-0001

who came into contact with the product.

55.    Defendants were aware that rare-earth magnets possess significantly stronger magnetism than normal magnets.

56.    Upon information and belief, Defendants knew or should have known that by designing their rare-earth magnets to be small, spherical, and multicolored, they were increasing the risk that the magnets would be ingested, particularly by children, because the magnets were virtually indistinguishable from several varieties of candy.

57.    Upon information and belief, Defendants knew or should have known that ingestion of rare-earth magnets poses a significant risk of substantial injury or even death due to their strong magnetism. This risk was well-documented and publicized by the United States Consumer Product Safety Commission.

58.    Despite having knowledge of the unreasonably dangerous nature of DigitDots, Defendants consciously disregarded the known and substantial risks of death and injury and continued to actively market and offer DigitDots for sale.

59.    The conduct of Defendants as alleged in this Complaint constitutes willful, wanton, gross, and outrageous corporate conduct that demonstrates a conscious disregard for the safety of individuals such as Plaintiffs.

60.    Plaintiffs further allege that Defendants acted in willful, wanton, gross, and total disregard for the health and safety of the users or consumers of their DigitDots product, acted to serve their own pecuniary interests, and consciously disregarded the substantial risk that their product might kill or significantly harm users, or significantly injure the rights of others.

61.    As a result of said conduct, Plaintiffs are entitled to an award of punitive damages to punish Defendants and deter similar conduct in the future.

## JURY DEMAND

Plaintiffs hereby demand a jury trial.

8

10302135v2/42831-0001

## RULE 26.2 TIER ALLEGATION

Pursuant to Rule 26.2(c)(3), the Court should assign this case to Tier 3.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

(a)    For special damages in an amount to be proven at trial;

(b)    For general damages in an amount to be proven at trial;

(c)    For an amount representative of Plaintiffs' medical bills and lost wages—past and future—in an amount to be proven at trial;

(d)    For all costs incurred and to be incurred herein;

(e)    For interest on the above sums from the date of judgment until paid;

(f)    For pre-judgment interest on Plaintiffs' reasonably necessary medical expenses;

(g)    For punitive damages; and

(h)    For such further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 12th day of March, 2025.

GALLAGHER & KENNEDY, P.A.

By: */s/ Shannon L. Clark*
Shannon L. Clark
Erin T. Jenkins
2575 East Camelback Road
Phoenix, Arizona 85016
*Attorneys for Plaintiffs*

9

10302135v2/42831-0001

# In the Superior Court of the State of Arizona In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
C. Nasui, Deputy
3/12/2025 3:36:11 PM
Filing ID 19486736

**Plaintiff's Attorneys:**

Shannon L Clark - Primary Attorney
Bar Number: 019708, issuing State: AZ
Law Firm: Gallagher and Kennedy P.A.
2575 E Camelback Rd, Ste 1100
Phoenix, AZ 85016
Telephone Number: (602)530 8000
Email address: slc@gknet.com

Erin Jenkins
Bar Number: 039689, issuing State: AZ
Law Firm: Gallagher and Kennedy P.A.
Telephone Number: (602)530-8000

CV2025-009075

**Plaintiffs:**

David Roth

Danielle Didio

Danielle Didio, a parent for F█████R██ , a minor
Minor's Date of Birth: 01/15/2021

**Defendants:**

Amazon.com Services, LLC

Amazon.com, Inc.

HD Premier, Inc.

Discovery Tier t3

Case Category:  Tort Non-Motor Vehicle
Case Subcategory: Product Liability - Toxic/Other

AZTurboCourt.gov Form Set #11273696

Clerk of the Superior Court
*** Electronically Filed ***
C. Nasui, Deputy
3/12/2025 3:36:11 PM
Filing ID 19486737

Person/Attorney Filing: Shannon L Clark
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)530-8000
E-Mail Address: slc@gknet.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019708, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

David Roth, et al.
Plaintiff(s),

v.

Amazon.com Services, LLC, et al.
Defendant(s).

Case No.  **CV2025-009075**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this March 12, 2025

By: Shannon L Clark /s/
    Plaintiff/Attorney for Plaintiff

Person Filing: Shannon L Clark
Address (if not protected): 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Telephone: (602)530-8000
Email Address: slc@gknet.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 019708, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
C. Nasui, Deputy
3/12/2025 3:36:11 PM
Filing ID 19486738

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-009075**

David Roth, et al.
_____
Name of Plaintiff

**SUMMONS**

AND

Amazon.com Services, LLC, et al.
_____
Name of Defendant

> **WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Amazon.com Services, LLC
_____
Name of Defendant

1.   **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.   If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

Arizona Supreme Court
Summons

EFCV11f-042523

AZTurboCourt.gov Form Set #11273696

3.     If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.     You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.     Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.     Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *March 12, 2025*

*JEFF FINE*
Clerk of Superior Court

By: *C. NASUI*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Person Filing: Shannon L Clark
Address (if not protected): 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Telephone: (602)530-8000
Email Address: slc@gknet.com
Representing [ □ ] Self or [ ☒ ] Attorney for:
Lawyer's Bar Number: 019708, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
C. Nasui, Deputy
3/12/2025 3:36:11 PM
Filing ID 19486739

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-009075**

David Roth, et al.
Name of Plaintiff

**SUMMONS**

AND

Amazon.com Services, LLC, et al.
Name of Defendant

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully.
> If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Amazon.com, Inc.
Name of Defendant

1.  **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #11273696

Person Filing: Shannon L Clark
Address (if not protected): 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Telephone: (602)530-8000
Email Address: slc@gknet.com
Representing [ ☐ ] Self or [ ☒ ] Attorney for:
Lawyer's Bar Number: 019708, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
C. Nasui, Deputy
3/12/2025 3:36:11 PM
Filing ID 19486740

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-009075**

David Roth, et al.

Name of Plaintiff

**SUMMONS**

AND

Amazon.com Services, LLC, et al.

Name of Defendant

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** HD Premier, Inc.

Name of Defendant

1.  **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to <u>Clerk of the Superior Court,</u> <u>or electronically file your Answer through one of Arizona's approved electronic filing systems at</u> <u>http://www.azcourts.gov/efilinginformation.</u> Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #11273696

Job# 12912461
Ref# _____

# Affidavit of Process Server

CLERK OF THE SUPERIOR COURT
FILED

APR 0 9 2025 4:27pm

In The Superior Court of the State of Arizona in and for the County of Maricopa

(NAME OF COURT)

L. Cooldge, Deputy

| David Roth, et al | VS | Amazon.com Services, LLC, et al | CV2025.009075 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I Sharlene Brooks, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

Service: I served _____ Amazon.com, Inc. _____

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons; Complaint and Jury Demand; and Certificate of Compulsory Arbitration (Received Mar 17, 2025 at 1:24pm EDT)
by leaving with  Left in the presence of Donna "Doe", registered agent representative (per agent policy they will no longer provide a name for acceptance).

NAME/RELATIONSHIP/TITLE

Service Address: _____ Corporation Service Company, Registered Agent 251 Little Falls Drive, Wilmington, DE 19808 _____

On _____ Mon, Mar 17 2025 _____ AT _____ 02:53 PM _____

DATE                                                                                                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____

DATE

from _____

CITY            STATE            ZIP

**Manner of Service:**
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☒ Corporate: By personally delivering copies to the person named above.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion ☐ Address Does Not Exist ☐ Other _____

Description of Person Served Based Upon the Undersigned's Perception:
Age: 58 Sex: Female Race: Caucasian Height: 5'6" Weight: 150 lb Hair: Brown Other:

Date: March 18, 2025 _____

SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State of Delaware on March 18, 2025 (Date)

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2028

Job# 12912473
Ref# _____

# Affidavit of Process Server

CLERK OF THE SUPERIOR COURT
FILED

APR 0 9 2025 4:27ᵖ

In The Superior Court of the State of Arizona in and for the County of Maricopa
(NAME OF COURT)

L. Coolidge, Deputy

| David Roth, et al | VS | Amazon.com Services, LLC, et al | CV2025-009075 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I Sharlene Brooks, being first duly sworn, depose and say; that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

Service: I served _____ HD Premier, Inc. _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons; Complaint and Jury Demand; and Certificate of Compulsory Arbitration (Received Mar 17, 2025 at 1:24pm EDT)
by leaving with Left in the presence of Donna "Doe", registered agent representative (per agent policy they will no longer provide a name for acceptance).
NAME/RELATIONSHIP/TITLE

Service Address: _____ The Company Corporation 251 Little Falls Drive, Wilmington, DE 19808 _____

On _____ Mon, Mar 17 2025 _____    AT _____ 02:53 PM _____
DATE                                                                TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY          STATE          ZIP

Manner of Service:
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☒ Corporate: By personally delivering copies to the person named above.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

Description of Person Served Based Upon the Undersigned's Perception:
Age: 58 Sex: Female Race: Caucasian Height: 5'6" Weight: 150 Hair: Brown Other:

Date: March 18, 2025 _____

_____
SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State of Delaware on March 18, 2025 (Date)

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2028

Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762

CLERK OF THE SUPERIOR COURT
FILED

APR 0 9 2025  4:27 p

L. Coolidge, Deputy

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

DAVID ROTH and DANIEL DIDIO, a
married couple, et al,

                Plaintiffs,

        vs.

AMAZON.COM SERVICES, LLS, et al,

                Defendant.

Case No.: CV2025-009075

Certificate of Service

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Keith Blanchard, being duly sworn states: I am qualified to serve process in this cause, appointed by the Superior Court in Maricopa County. I swear under the penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint and Certificate of Compulsory Arbitration from Shannon L. Clark (019708) of GALLAGHER & KENNEDY, P.A. on March 13, 2025 and in each instance, I served a copy of each document listed above on those named below in the manner, time and place shown:

Service upon: **Amazon.com Services, LLC,** by serving one true copy of the above documents upon Carly Cardenas, Agent (White female, 30, 5'4", 130 lbs., black with blue highlighted hair) authorized to accept service for Corporation Service Company, Statutory Agent, at its usual place of business. Documents served at 7995 S. Priest Drive, Suite 102, Tempe, AZ 85284. Service was completed on March 17, 2025 at 10:30 a.m.

I declare under penalty of perjury that the forgoing is true, correct and executed on this date: <u>March 20, 2025.</u>

Keith Blanchard, Affiant

$ 24.00    Service
$ 31.20 (12) Mileage
$ 10.00    Processing Fee
$ 65.20    Total

Exhibit B

Christopher S. Coleman (Bar No. 018287)
Kristine J. Beaudoin (Bar No. 034853)
Rahgan N. Jensen (Bar No. 037473)
**PERKINS COIE LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000
CColeman@perkinscoie.com
KBeaudoin@perkinscoie.com
RJensen@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendants Amazon.com*
*Services, LLC and Amazon.com, Inc.*

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

| | |
|---|---|
| David Roth and Danielle Didio, a married couple, individually and on behalf of their minor daughter, F█████ R███,<br><br>Plaintiffs,<br><br>v.<br><br>Amazon.com Services, LLC; Amazon.com, Inc.; and HD Premier, Inc.,<br><br>Defendants. | No. CV2025-009075<br><br>**DEFENDANTS AMAZON.COM SERVICES, LLC AND AMAZON.COM, INC.'S NOTICE OF REMOVAL OF STATE COURT ACTION** |

NOTICE IS HEREBY GIVEN that on April 14, 2025, Defendants Amazon.com Services, LLC and Amazon.com, Inc. filed a Notice of Removal of this lawsuit in the United States District Court for the District of Arizona, Phoenix Division. A true and correct copy of the Notice of Removal and accompanying exhibits is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of a copy

No. CV2025-009075

thereof with this Court, effects removal of this action, after which this Court may not proceed further unless and until the action is remanded.

Dated:  April 15, 2025

**PERKINS COIE LLP**

By: */s/ Christopher S. Coleman*
Christopher S. Coleman
Kristine J. Beaudoin
Rahgan N. Jensen
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227

*Attorneys for Defendants Amazon.com Services, LLC and Amazon.com, Inc.*

Original of the foregoing efiled with the Maricopa County Superior Court and served on the following parties at AZTurbocourt.gov this 15th day of April, 2025:

Shannon L. Clark
Erin T. Jenkins
**Gallagher & Kennedy, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016
slc@gknet.com
erin.jenkins@gknet.com

*Attorneys for Plaintiffs*

*/s/ Amy Robinson-Allen*

-2-

No. CV2025-009075